CHRISTINE M. EMANUELSON, ESQ.
Nevada Bar No. 010143
**HINES CARDER LLP**
6952 Encore Way
Las Vegas, NV 89119
Tel: (702) 933-7829
Fax: (702) 974-1709

Attorneys for Defendant,
NATIONWIDE INSURANCE COMPANY OF AMERICA

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| KATHRYN MEDLAND, an individual,<br><br>Plaintiff<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.  2:14-cv-00425-JAD-CWH<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |

**TO HONORABLE JENNIFER A. DORSEY, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, KATHRYN MEDLAND, and Defendant, NATIONWIDE INSURANCE COMPANY OF AMERICA, by and through their attorneys of record, having entered into a written confidential settlement agreement, and pursuant to *Federal Rules of Civil Procedure* 41(a), hereby stipulate and agree to dismiss the above-captioned case in its entirety with prejudice.

///

///

///

///

1

The parties have agreed that each side shall bear its own costs and fees.

2

3                                          G. DALLAS HORTON &
                                           ASSOCIATES
4    Dated:        June 24, 2014

5
                                    By: _____
6
                                           CHRISTIAN SMITH
7                                          Attorneys for Plaintiff

8    Dated:        June 10, 2014
                                           HINES CARDER LLP
9
                                    By: _____
10
                                           CHRISTINE M. EMANUELSON
11                                         Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

CHRISTINE M. EMANUELSON, ESQ.
Nevada Bar No. 010143
**HINES CARDER LLP**
6952 Encore Way
Las Vegas, NV 89119
Tel: (702) 933-7829
Fax: (702) 974-1709

Attorneys for Defendant,
NATIONWIDE INSURANCE COMPANY OF AMERICA

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| KATHRYN MEDLAND, an individual, | CASE NO. 2:14-cv-00425-JAD-CWH |
| Plaintiff | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| NATIONWIDE INSURANCE COMPANY OF AMERICA, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Based on the stipulation and settlement of the parties,

**IT IS HEREBY ORDERED** that this action is DISMISSED with prejudice, each side to bear its own fees and costs.  The Motion to Dismiss [#6] is DENIED as moot.

Dated:  July 10, 2014.

By _____

JENNIFER A. DORSEY
United States District Judge